# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RENE MAYA, | No. CV 10-2900-ODW (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| F.B. HAWS (WARDEN), J. FITTER, T. BELAVICH, P. FINANDER, | |
| Respondents. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: April 30, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE